UNITED STATES DISTRICT COURT                    JS-6
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
<u>CIVIL MINUTES - GENERAL</u>

Case No.  <u>CV 07-4297-GPS(AGRx)</u>              Date:  <u>February 19, 2008</u>

Title:   <u>Board of Trustees of the Southern CA Glaziers Architectural Metal
         & Glass Workers Health & Welfare Trust, et al., v. Edwards
         Erectors Inc.</u>

=========================================================================
PRESENT:          THE **HONORABLE GEORGE P. SCHIAVELLI**, JUDGE

          <u>Jacob Yerke</u>               <u>Not Present</u>
         Courtroom Clerk              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR CLAIMANT:

Not Present                          Not Present

PROCEEDINGS:   Order Dismissing Action
               (In Chambers)

     On June 29, 2007, Plaintiffs filed this Complaint against Defendant
Edwards Erectors Inc.  On October 16, 2007, Plaintiffs filed a First Amended
Complaint.  On January 16, 2008, more than three months later, the Court
issued an Order to Show Cause ("OSC") why this action should not be dismissed
for lack of prosecution.  The Order required the parties to respond to the
OSC by February 1, 2008, explaining that the filing of (1) an answer or (2)
a request for entry of default would be a sufficient OSC response.

     Because the parties failed to file any response to the January OSC, the
Court **DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute.


**IT IS SO ORDERED.**


MINUTES FORM 11                       Initials of Deputy Clerk <u>JY</u>
CIVIL - GEN